IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LUIGI CIOCCA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 04-5605 |
| BJ.'S WHOLESALE CLUB, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW** this 12th day of August, 2011, upon consideration of Defendant, B.J.'s Wholesale Club, Inc.'s ("Defendant") "Motion in Limine to Preclude Plaintiff's Expert, Craig D. Clauser, P.E." ("Motion in Limine") (Doc. No. 16) and the Response submitted by Plaintiff, Luigi Ciocca, it is hereby **ORDERED** that:

1.  Defendant's Motion in Limine is **DENIED**; and

2.  Defendant shall have thirty days from the date of this Order to disclose the identity its expert and to conduct additional discovery.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE